1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff

6  JEFFREY LENKOV, SBN 156478
   JAMIE L. FUGERE, SBN 228389
7  MANNING & KASS, ELLROD,
   RAMIREZ, TRESTER, LLP
8  15th Floor at 801 Tower
   801 South Figueroa Street
9  Los Angeles, CA 90017
   Telephone: (213) 624-6900
10 Facsimile: (213) 624-6999
   Email: jzf@mmker.com
11
   Attorneys for Defendant
12 KOHL'S DEPARTMENT STORES, INC.

13

14                   UNITED STATES DISTRICT COURT

15                   EASTERN DISTRICT OF CALIFORNIA

16

17 TONY MARTINEZ,                      Case No. 2:10-CV-02205-JAM-GGH

18      Plaintiff,

19                                     STIPULATION FOR DISMISSAL and
   v.                                  ORDER THEREON
20
   KOHL'S DEPARTMENT STORES,
21 INC. dba KOHL'S #0680,

22      Defendant.
                                    /
23

24

25

26

27

28

Stipulation for Dismissal and                  *Martinez v. Kohl's Department Stores, Inc.*
[Proposed] Order Thereon         - 1 -          Case No. 2:10-CV-02205-JAM-GGH

TO THE COURT AND ALL PARTIES:

  Plaintiff, TONY MARTINEZ, and defendant, KOHL'S DEPARTMENT STORES, INC. dba KOHL'S #0680, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: April 12, 2011      DISABLED ADVOCACY GROUP, APLC

                */s/  Lynn Hubbard III*
                LYNN HUBBARD III
                Attorney for Plaintiff

Dated: April 12, 2011      MANNING & KASS, ELLROD,
                RAMIREZ, TRESTER, LLP

                */s/  Jamie L. Fugere*
                JAMIE L. FUGERE
                Attorney for Defendant
                KOHL'S DEPARTMENT STORES, INC.

## **ORDER**

  IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-CV-02205-JAM-GGH, is hereby dismissed with prejudice.

Dated:  4/12/2011

                /s/ John A. Mendez
                United States District Court Judge

Stipulation for Dismissal and
[Proposed] Order Thereon    - 2 -    *Martinez v. Kohl's Department Stores, Inc.*
Case No. 2:10-CV-02205-JAM-GGH